*[Court stamp: FEB 12 2019, BROOKLYN OFFICE]*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SEMYON GRINBLAT, individually and on
behalf of all others similarly situated,

                        Plaintiff,

        -against-

DIVINE OF QUEENS, LLC, A.N.A. TEAM CORP.,
CABRE REALTY CORP., JOHN DOE 1-X, persons yet
unknown, Limited Liability Companies/Partnerships/
Corporations 1-X, entities yet unknown,

                       Defendants.
-----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

CASE NO.: 18-cv-6286
ENV-PK

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, DIVINE OF QUEENS, LLC, A.N.A. TEAM CORP. and CABRE REALTY CORP., that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-entitled action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This stipulation may be signed in counterparts.

    **IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as an original signature.

                        [SIGNATURES ON NEXT PAGE]

Dated:

*Michael Grinblat* (signature)

Michael Grinblat, Esq.

Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel     (347) 796-0712
Fax    (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for the Plaintiff*

Dated: .

*Gorman* (signature)

Elizabeth R. Gorman, Esq.

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP
1000 Woodbury Road, Suite 402
Woodbury, NY 11795
Telephone    (516) 712-4000
Fax             (516) 712-4013
Email          egorman@milbermakris.com
*Attorneys for the Defendants*
*DIVINE OF QUEENS, LLC, A.N.A. TEAM*
*CORP. and CABRE REALTY CORP.*

The Clerk is directed to close this case

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 2/11/2019

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge